# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM A. NEEDLE,** *et al.* | : | **CIVIL ACTION** |
| *Plaintiffs* | : | |
| | : | **NO. 21-4786** |
| **v.** | : | |
| | : | |
| **T ROWE PRICE GROUP INC.,** *et al.* | : | |
| | : | |
| *Defendants* | : | |

# O R D E R

**AND NOW**, this 28th day of March 2022, upon consideration of the *motion for preliminary injunction enjoining arbitration* filed by Defendants T. Rowe Price Associates, Inc., T. Rowe Price Group, Inc., and T. Rowe Price Investment Services, Inc. (collectively, "T. Rowe Price"), [ECF 31], the response in opposition filed by Plaintiffs Michael R. Needle and William A. Needle (collectively, "Plaintiffs"), [ECF 45], and the reply filed by T. Rowe Price, [ECF 53], and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the motion is **GRANTED**. Accordingly, Plaintiffs are hereby **ENJOINED** from proceeding with the arbitration proceedings pending before the Financial Industry Regulatory Authority and/or from filing any further arbitration pending the resolution of the issue of arbitrability in this matter.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*