# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM A. NEEDLE,** *et al.* | : | **CIVIL ACTION** |
| *Plaintiffs* | : | |
| | : | **NO. 21-4786** |
| v. | : | |
| | : | |
| **T ROWE PRICE GROUP INC.,** | : | |
| *et al.* | : | |
| | : | |
| *Defendants* | : | |

# O R D E R

**AND NOW**, this 15th day of August 2022, upon consideration of Defendant Edward Dosik's ("Dosik") *motion to dismiss Plaintiff's amended complaint*, [ECF 36], which was filed by Dosik in his individual capacity, Plaintiffs William A. Needle's and Michael R. Needle's (collectively, "Plaintiffs") joint response in opposition,, [ECF 58], Dosik's reply, [ECF 61], Dosik's supplemental filings, [ECF 72, 73], and the allegations in the amended complaint, [ECF 23], for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the motion to dismiss is **GRANTED**, and the claims at Counts II, IV, VI, VII, and VIII of the amended complaint against Dosik, in his individual capacity, are **DISMISSED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*