## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM A. NEEDLE,** *et al.* | : | **CIVIL ACTION** |
| *Plaintiffs* | : | |
| | : | **NO. 21-4786** |
| **v.** | : | |
| | : | |
| **T ROWE PRICE GROUP INC.,** | : | |
| *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 19th day of August 2022, upon consideration of the *motion to dismiss amended complaint*, [ECF 32], filed by Defendants T. Rowe Price Group, Inc., T. Rowe Price Associates, Inc., and T. Rowe Price Investment Services, Inc., (collectively, "T. Rowe Price"), Plaintiffs William A. Needle's and Michael R. Needle's (collectively, "Plaintiffs") joint response in opposition, [ECF 43], T. Rowe Price's reply, [ECF 50], T. Rowe Price's supplemental brief, [ECF 76], and the allegations in the amended complaint, [ECF 23], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion to dismiss is **GRANTED**, and the claims at Counts I, III, and V of the amended complaint against T. Rowe Price are **DISMISSED**.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*